UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| In Re: | Chapter 7 |
| DARIUSZ MEDRZYCKI, A/K/A DAREK MEDRZYCKI AND MONIKA M. MEDRZYCKI, | Case No. 11-49420 (CEC) |
| Debtors. | |

-------------------------------------------------------------

ROBERT L. GELTZER as Chapter 7 Trustee of **DARIUSZ MEDRZYCKI, A/K/A DAREK MEDRZYCKI AND MONIKA M. MEDRZYCKI**,

                    Plaintiff,        **Adv. Pro. No. 13-01507 (CEC)**

    -against-                          **NOTICE OF DISMISSAL**

**CHRIST THE KING HIGH SCHOOL,**

                    Defendant.
-------------------------------------------------------------

**PLEASE TAKE NOTICE** that the above entitled adversary proceeding is hereby dismissed with prejudice by plaintiff Robert L. Geltzer as Chapter 7 Trustee, pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure, and Rule 41 of the Federal Rules of Civil Procedure.

Dated: New York, New York
        December 5, 2013

                                              The Law Offices of
                                              ROBERT L. GELTZER
                                              Robert L. Geltzer, Chapter 7 Trustee
                                              1556 Third Avenue, Suite 505
                                              New York, New York 10128
                                              (212) 410-0100

                                              By: <u>/s/ Robert L. Geltzer</u>
                                                  Robert L. Geltzer (RG 4656)