**Dahiya Law Offices LLC**
**75 Maiden Lane Suite 506**
**New York New York 10038**
**Tel: 2127668000**

December 18, 2013

The Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn New York 11201

Case Name:  Geltzer v. Christ the King High School
Case Number: 1-13-01507-cec

Dear Sir:

I am the counsel for the Christ the King High School. The adversary proceeding, abovementioned, was initiated by Robert Geltzer, panel trustee. A motion was filed to dismiss it under 42 U.S.C. § 2000bb and other common law provisions. This motion was necessary to enforce the religious rights of the defendants. Mr. Geltzer withdrew the case, however only after the enforcement motion was filed. We were waiting for the formal entry of dismissal of the case.  Please keep the case opened as we will be shortly moving for legal fees under title 28 of the United States Code. Thank you for your consideration.

Yours humbly,

Karamvir Dahiya for the defendant

Copy to

R. Geltzer, Esq.

rgeltzer@epitrustee.com.